UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEANETTE TURNER,

      Plaintiff,

      v.

COUNTY OF BUTTE, et al.,

      Defendants.

Case No. 2:26-cv-01061-TLN-CSK (PS)

ORDER

(ECF No. 1)

Plaintiff Jeanette Turner is proceeding in this action pro se.[1] Upon review of the record, it appears that Plaintiff Jeanette Turner attempted to include an "Emergency Motion for Temporary Restraining Order and Preliminary Injunction" within Plaintiff's Complaint. (ECF No. 1 at 18-32.) Plaintiff's filing is unclear as to whether Plaintiff intends to seek emergency relief from the Court. If so, Plaintiff must file a motion for a temporary restraining order as a separate docket entry.

Plaintiff is reminded that a motion for a temporary restraining order must comply with the requirements of Federal Rule of Civil Procedure 65 and Local Rule 231 of this Court's Local Rules.[2] Plaintiff is warned that failure to comply with procedural

---

[1]  This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c).

[2] The Local Rules of the United States District Court for the Eastern District of California are available on the district court's website:

1

requirements for temporary restraining orders is sufficient justification to deny the motion. *See Nible v. Macomber*, 2024 WL 2133319, at *2 (E.D. Cal. May 13, 2024) (denying TRO sought by pro se plaintiff as procedurally deficient); *see, e.g., Tri-Valley CAREs v. U.S. Dep't of Energy*, 671 F.3d 1113, 1131 (9th Cir. 2012) ("Denial of a motion as the result of a failure to comply with local rules is well within a district court's discretion.").

IT IS SO ORDERED.

Dated:  May 11, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

8, turn.1061.26

---

https://www.caed.uscourts.gov/caednew/index.cfm/rules/local-rules/.