UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE TURNER,<br>Plaintiff,<br>v.<br>COUNTY OF BUTTE, et al.,<br>Defendants. | No. 2:26-cv-01061-TLN-CSK<br><br>**ORDER** |

On September 29, 2026, the magistrate judge filed findings and recommendations (ECF No. 21), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On October 28, 2026, Plaintiff filed a request for judicial notice, which the Court construes as objections to the findings and recommendations. (ECF No. 23.) The Court has considered all objections raised.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case. The Court has carefully reviewed the file, including Plaintiff's objections, and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 21) are ADOPTED IN FULL;

2. Plaintiff's application to proceed in forma pauperis (ECF No. 14) is DENIED;

3. Plaintiff's Complaint (ECF No. 1) is DISMISSED without leave to amend; and

4. The Clerk of the Court is directed to CLOSE this case and enter judgment accordingly.

IT IS SO ORDERED.

DATE: November 4, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE